IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS AT URBANA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | Civil Action |
| | ) | No. 2:22-cv-02252 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VIKRAM D. AMAR, et. al. | ) | |
| _____ | )_ | |

**MOTION FOR LEAVE TO FILE AS JOHN DOE AND TO SEAL RECORD**

Plaintiff respectfully requests leave to file as John Doe and to seal the entire record. Plaintiff is a second-year law student at the University of Illinois College of Law. Plaintiff obtained a job at a V100 firm over the summer. The firm conducted a background check and checked for civil actions. Plaintiff is concerned that his identity could be used to deprive him of future or current employment opportunities. Further, several documents in this litigation will reference Plaintiff's mental health. The legitimacy of such assertions is genuinely in dispute and subject to the nature of the claims in this action. Plaintiff fears that allowing the public access to the record or his identity could cause irreparable harm

Dated:  November 18, 2022                                Respectfully submitted,

/s/Justin Schwartz
Justin Schwartz
ARDC No. 627328
1723 Devon Ave. # 607882
Chicago, IL 60660

(847) 687-5477
justinschwartzlaw@gmail.com

2:22-cv-02252-SEM-EIL   # 1-2   Filed: 11/18/22   Page 2 of 2