IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | **MOTION FOR PRELIMINARY** |
| Plaintiff, | ) | **INJUNCTION AND TEMPORARY** |
| | ) | **RESTRAINING ORDER** |
| v. | ) | |
| | ) | Case No. 2:22-cv-02252 |
| | ) | |
| VIKRAM D. AMAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER**

Pursuant to Federal Rule of Civil Procedure 65, Plaintiff John Doe hereby moves the Court to issue a preliminary injunction and temporary restraining order enjoining Defendants from: (1) enforcing any discipline on Plaintiff for refusing to speak with Behavioral Intervention Team ("BIT") against his will; (2) using arbitrary and capricious attempts to force students to speak to BIT against their will in violation of the Student Code and U.S. Constitution; (3) sending Plaintiff's protected student speech to BIT; (4) sending protected student speech to BIT arbitrarily and capriciously in violation of the Student Code and U.S. Constitution; (5) enforcing any discipline on Plaintiff for not complying with an alleged "reasonable" directive by a University official under Student Code § 1-302(g) and; (6) disciplining students arbitrarily and capriciously for failing to

1

comply with a "reasonable" directive from a University official under Student Code § 1-302(g).

1. That Plaintiff clearly meets all prongs of the showing for a preliminary injunction and a TRO is established in the accompanying Memorandum.

2. Due to the high stakes of this action, Plaintiff respectfully requests that the Court allow for oral argument. Plaintiff's legal career hangs in the balance due to the University's unlawful and unconstitutional threats of dismissal from the school. Plaintiff also respectfully requests that the Court grant a temporary restraining order while this motion is pending.

3. Plaintiff also requests the Court to waive bond for the TRO. An accompanying motion argues the law in the factual circumstances.

4. The underlying complaint in this case, filed today, is a Verified Complaint.

5. Finally, counsel has notified opposing counsel--the University of Illinois lawyer who accompanied some of the defendants in the Nov. 4, 2022, interview referenced the in the Complaint and the Memorandum, who asked to be kept apprised of developments. Counsel has notified him that the case has been filed and provided him with the case number, so he will have access to all the documents. Plaintiff is requesting that Defendants waive service, and if they will not, will have them properly served, but for purposes the TRO, they have notice, and Plaintiff is inviting them to the Zoom hearing. He

is not acting ex parte. Indeed, it would frustrate Plaintiff's object were Defendants unaware of motion for urgent extraordinary relief. If opposing counsel can have someone present, Plaintiff would be gratified.

Dated:  November 18, 2022     Respectfully submitted,

/s/Justin Schwartz
Justin Schwartz
ARDC No. 627328
1723 Devon Ave. # 607882
Chicago, IL 60660
(847) 687-5477
justinschwartzlaw@gmail.com