IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT URBANA

| | |
|---|---|
| JOHN DOE, ) | |
| ) | **MOTION TO WAIVE BOND FOR** |
| Plaintiff, ) | **TEMPORARY RESTRAINING** |
| ) | **ORDER** |
| v. ) | |
| ) | Case No. 2:22-cv-02252. |
| VIKRAM D. AMAR, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION TO WAIVE BOND FOR TEMPORARY RESTRAINING ORDER**

Plaintiff respectfully requests that the Court waive the bond for the temporary restraining order in this case. Fed. R. Civ. P. 65(c) requires the movant to post a bond for a temporary restraining order to take hold against a defendant. However, "courts have declined to require plaintiffs to post a bond in cases involving constitutional rights." *Smith v. Bd. of Election Comm'rs*, 591 F. Supp. 70, 71–72 (N.D. Ill. 1984). The decision to require a bond "rests within the discretion of the district court, and . . . the failure to require security under Rule 65(c) is not reversible error." *Id.* at 72. Courts consider various factors when deciding whether to require a bond, such as: "the possible loss to the enjoined party, the hardship a bond would impose on the applicant and the impact of a bond on the enforcement of federal rights." *Id.*; *see also Flack v. Wis. Dep't of Health Servs.*, 328 F. Supp. 3d 931, 955 (W.D. Wis. 2018) (not requiring the plaintiff to post a bond).

Here, Plaintiff is a law student who is facing imminent dismissal from the University of Illinois College of Law. This case involves serious questions about the First Amendment and Plaintiff's constitutional rights. The University's actions necessitated Plaintiff bringing this action to the Court to save his legal career and to prevent imminent dismissal. For these reasons, Plaintiff respectfully asks the Court to waive the bond in this case.

Dated:  November 18, 2022

Respectfully submitted,

/s/Justin Schwartz
Justin Schwartz
ARDC No. 627328
1723 Devon Ave. # 607882
Chicago, IL 60660
(847) 687-5477
justinschwartzlaw@gmail.com

2