E-FILED
Monday, 28 November, 2022 04:05:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT A

**University of Illinois**
**Refer a student (Student Assistance Center)**

*Submitted on March 24, 2022 at 8:17:36 pm CDT*

| | |
|---|---|
| Nature | **normal** |
| Urgency | **Normal** |
| Incident Date and Time | **2020-03-23 3:00 PM** |
| Incident Location | **Academic building Residence hall Off-campus housing Web-based City street Other College of Law Deans Suite** |

Reported by
Name:
Title:
Email:
Phone
Address:
**[UNAUTHENTICATED]**

Involved Parties

Questions
PLEASE DESCRIBE THE BEHAVIORS THAT HAVE PROMPTED YOU TO SHARE YOUR CONCERNS. Please use as much detail as possible, including dates for any specific concerns. If the concern involves threats or comments related to self-harm or harm to others, please include exact quotes and how these comments were communicated:
**First year Law Student, Keerut (Keith) Singh, was aggressive in his communications with his female fall law professors, including multiple combative emails with one professor in particular. After exams, the accusatory emails continued to that professor and to others. This semester, he has continued his aggressive emails to one female professors and send aggressive emails to other female professors on his schedule. In person meetings between administration and the student to address his behavior resulted in his use of aggressive and combative in tones and communication. Immediately thereafter he sent another combative communication to a female professor. Most recently, he sent communications to a student's significant other accusing her of making comments about him even though she is not a law student and did not know him. Then to her boyfriend that is a classmate, he made comments that were nonsensical alleging FBI conspiracies with the College and other erratic behavior. A meeting with the Deans was held with him and he responded erratically and with an aggressive tone and with threats. There was a lengthy discussion about his belief that FBI had infiltrated the university to secure his records, had purchased buildings around his apartment for surveillance of him, and had infiltrated the It services. He also issues threats stating that the college was heading into "dangerous territory" and that there would be harm to the institution. When asked about these threats, he became agitated and loud, claiming his words were twisted. He went on to refine words as harm and danger through "peaceful actions through the law." Attached to this document is a collection of representative samples of communications with Keith Singh including the student email referencing the FBI infiltration, but they do not include the continued aggressive emails to the year long professor because I am not presently in possession of them.**

Based on the description you provided, please check any behaviors below that have led you to be concerned about the individual involved:
**Bizarre/disjointed thoughts, Communicating threats, Disturbing written material/class discussion, Excessive anxiety, Inappropriate display of anger/negative emotions, Intimidation, Obsessively suspicious/paranoid**

Please list any other university departments or outside agencies that were contacted about the concerns you have shared:
**College of Law faculty, administration, and students**

Please indicate if any of the following actions were taken as a result of the concerns you have described:
**None**

Have you talked to or corresponded with this student about your concern?
**Yes**

I understand that referrals from this form will be received during normal business hours (Monday-Friday, 8:30 am-5:00 pm and are not monitored after hours, on weekends, or during official university holidays. Please contact University police at (217) 333-1216 if there is an immediate risk of harm to self or others prior to submitting this form.
**yes**

As possible and within the limits of FERPA, would you like to be updated as to the outcome of this referral?
**Yes**

Attachments
keithsingh.pdf

*Pending IR #00008402*
*Submitted from 192.17.165.245 and routed to Katherine Snyder (Associate Dean of Students). Processed by routing rule #7.*
*Copies to: amorga@illinois.edu*

**From:** Another Law Student about Keith Singh
**Sent:** Sunday, March 20, 2022 6:38 PM
**To:**
**Subject:** Please Read - Report of Student Behavior

A College of Law student sent two disturbing text messages to my significant other (we live together) that mentions me and the school. I am concerned about the mental health of the student and do not know the best course of action to take. I have attached both text messages to this email. The two images show the entire conversation.

Given the circumstances, I am unsure what information is necessary at this time. I am able to provide further information as necessary.



4:58

Hey just so you know, I know the FBI infiltrated you[redacted] and the entire crew a long time ago. The school has been involved too. I knew the whole time. I am bringing this up now because it has become clear in the last month just how ridiculous this has become. My rights have been violated. How would you feel if this happened to you?

The feds and the school have broken the law. They have also lied to all of you guys. If I sue either or both in the future, you guys will be required to testify. You can't just walk away from this. If you want to talk, let me know




This is not the first sign of paranoia or strange behavior directed by this individual towards my significant other and our group of friends at the College of Law. Again, additional background can be provided if necessary.

I do not want to cause any unnecessary alarm but given the allegations and no sign of joke, this feels uncomfortable and concerning.

Please feel free to contact me at any time by phone or email.

Thank you,

**Subject:** FW: Updating Application For Bar

Dear Deaı

Thank you again for meeting with me today. I was surprised by the tone of our discussion, but I know you were trying to use the situation as a teaching moment. I appreciate your words, and I will not forget them anytime soon.

I will be providing you a complete addendum of the first issue we discussed and the third minor issue. I promise that the addendums will include all of the necessary details. The third issue may not be as detailed because it is minor, but it should do the trick. The information I told you today was simply the basics from my memory. Please use the addendums to update my file as opposed to what I told you today. I would have brought the addendums with me had I known that our discussion would turn the way it did; I was not prepared for that at all. I will send you two separate attachments soon with this information.

On a side note, I think you would make a good interrogator/investigator. I don't know what you did before you arrived at UIUC, but a law enforcement background would not surprise me—especially with all of your friends inside the Bureau.

I look forward to talking with you again soon!

Best,
Keith

**From:**
**Sent:** Monday, December 20, 2021 3:31 PM
**To:** Singh, Keith
**Subject:** RE: Alleged Capricious Grading According to §3-107 of the University's Student Code

Dear Keith,
If you have a question about the open memo, you should reach out directly to the professor to discuss that. The grading challenge, however, is not ripe at the present time.

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Friday, December 17, 2021 7:36 PM

**Subject:** Re: Alleged Capricious Grading According to §3-107 of the University's Student Code

I consider the grade on the open memo to be capricious, which also implicates the overall grade due to the weight of the open memo (60%). As relevant to the conversation here, the focus would be on the open memo. I already received the grade for the open memo. I hope that clears things up. Please let me know the next steps in the process.

---

**Sent:** Friday, December 17, 2021 1:35 PM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Subject:** RE: Alleged Capricious Grading According to §3-107 of the University's Student Code

Dear Keith,

I am a bit confused. Did you already receive your grade in Legal Writing?
It was my understanding that those were not going to be available until January.

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Friday, December 17, 2021 1:53 AM

**Subject:** Alleged Capricious Grading According to §3-107 of the University's Student Code

I am challenging my grade in legal writing under §3-107. I presume you know the professor who is in dispute. Let me know what you want from me. I am happy to provide an official complaint, but the code does not provide clear instructions on what the student is supposed to do.

I have evidence that directly contradicts some of the feedback on my open memo. Other parts of the feedback were contradicted by statements made by this individual in office hours.

Sincerely,
Keith Singh

**Subject:** FW: Section 2 Pretrial Memo

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Friday, February 4, 2022 4:50 AM
**Subject:** Section 2 Pretrial Memo

You need to make sure you maintain the integrity of this process by ensuring a blind review. I believe 100% that this Professor knew that my work was mine last semester and that my grade was partially based on things not related to the work product. There are a couple of different possibilities that led to her knowing this, and I am not necessarily blaming the assistant. But this needs to be taken seriously. I am not fully convinced that the final exams are blind. The TAs should not know any names either. I am not going to put up with this crap this semester.

**Subject:** FW: Meeting

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Monday, February 7, 2022 12:52 PM

**Subject:** Re: Meeting

I am happy to have a respectful and kind discussion with you and ; however, I find your tone to be very off putting. It is my expectation that you will not discriminate against me and that you will treat me with respect and dignity. I will not be demeaned again the way that attempted to do the last time that I met with her.

If you are accusing me of doing something, you need to tell me what you are talking about. If you are mandating a meeting under University policy, you need to cite the relevant policy.

I will remind you that the University of Illinois is a state school—i.e., essentially a quasi-governmental organization. That means that this school is liable under the Constitution. You might want to remember that before you start coming after me for no reason.

Again, I am happy to have a respectful and kind discussion about my concerns. But I will not be treated like dirt. I do not consider law school to be "boot camp" like some of the administration and instructors. If you think you are going to scare me and "put me in my place," you are mistaken.

Sincerely,
Keith Singh

**From:** "Singh, Keith" <keeruts2@illinois.edu>
**Date:** February 9, 2022 at 10:42:41 AM CST

**Subject: Re: Microphone Today**

Dear Professor

I do not appreciate your response and I likewise consider your actions and the actions of other professors at this institution to be unprofessional. There is no need for any further communication between the two of us. Please do not yell at me in class.

Sincerely,
Keith Singh

---

**Sent:** Wednesday, February 9, 2022 9:23 AM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Subject:** RE: Microphone Today

Dear Keith,

Other students have had difficulty hearing, so I will continue to work on the volume issues. I certainly don't want to leave you with a headache.

I'm sure this wasn't your intent, but the second half of the email read as unprofessional rather than as humor. I would encourage you to think about tone when emailing with someone who doesn't know you well.

Warm regards,

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, February 8, 2022 5:53 PM

**Subject:** Microphone Today

I was wondering if you would please turn down the volume a little on the microphone in the future. There is a speaker right above my seat, and I had a headache by the end of class today. I am bringing this up because I hope to still have my hearing by the end of the semester. In my experience, having the ability to hear is a fairly useful skill in life. I happen to enjoy it quite a bit. So it would be much appreciated if you would go back to what you did in previous classes. Thank you!

Sincerely,
Keith Singh

**From:** Singh, Keith
**Sent:** Monday, March 21, 2022 12:31 PM
**To:**
**Cc:**
**Subject:** Additional Meeting Requested

I would like to meet with you and again. I also think it might be helpful to have attend. There seems to have been a misunderstanding about the information that I communicated to you and following our previous meeting. I am very concerned about the actions that this school has taken in the days and weeks following that meeting. I am also very concerned about this school's apparent lack of respect for the rights guaranteed to me under University policy, state statutes, as well as the state and federal constitutions. I would like to have a conversation to make sure there is no more confusion or misunderstanding about anything.

Let me know when a meeting like this is possible. I would prefer something after torts tomorrow or Wednesday. If cannot attend, I will meet with Thanks.

Sincerely,
Keith Singh

**2021616701** Behavioral Intervention Team

# Keerut "Keith" Singh (657706176)

## DEMOGRAPHIC INFORMATION

DOB
1993-03-28

Gender
Male

Ethnicity

Classification

Major
Law

Academic Advisor

GPA Last Term
0.000

Cume
0.000

Athletics

Greek

Honors

ROTC/Veteran

WAVR-21 Risk Assessment

## CONTACT INFORMATION

Housing Address

Local Address
202 E White St Apt 10
Champaign IL 61820-4248
(local)
(cell)

Permanent Address
13810 12th Dr SE
Mill Creek WA 98012-5641

Email Address
keeruts2@illinois.edu

Emergency Contact

## INCIDENT AND CASE INFORMATION

Role
Student of Concern

Incident Date
2020-03-23

Incident Time
3:00 PM

Incident Location
Academic bldg
Residence hall
Off campus housing
Web based
[illegible]
Other

Reported Date
2022-03-24

Referral Source
Faculty/instructor

Reported By

Charges/Issues

1. Threatening behavior
2.
3.
4.
5.
6.

Clery Reportability

Tags

Case Status
Open

Access Restriction
BIT

Case Created Date
2022-06-20

Case Created By
Katherine Snyder

Assigned To
Katherine Snyder (Assoc. Dean of Students - SAC)

Next Deadline Date
2022-07-04

Reason
Unspecified at case creation

The information contained on these pages is privileged and confidential information intended solely for the individual or entity who has accessed it for official purposes and by lawful means. Any dissemination, distribution, or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone at 217-333-3680, and return the original message to us via the U.S. Postal Service to the Office for Student Conflict Resolution, University of Ilinois, 610 E. John Street, Champaign, Illinois 61820, without retaining a copy.

## INCIDENT DESCRIPTION

[Q] PLEASE DESCRIBE THE BEHAVIORS THAT HAVE PROMPTED YOU TO SHARE YOUR CONCERNS. Please use as much detail as possible, including dates for any specific concerns. If the concern involves threats or comments related to self-harm or harm to others, please include exact quotes and how these comments were communicated:[/Q]
First year Law Student, Keerut (Keith) Singh, was aggressive in his communications with his female fall law professors, including multiple combative emails with one professor in particular. After exams, the accusatory emails continued to that professor and to others. This semester, he has continued his aggressive emails to one female professors and send aggressive emails to other female professors on his schedule. In person meetings between administration and the student to address his behavior resulted in his use of aggressive and combative in tones and communication. Immediately thereafter he sent another combative communication to a female professor. Most recently, he sent communications to a student's significant other accusing her of making comments about him even though she is not a law student and did not know him. Then to her boyfriend that is a classmate, he made comments that were nonsensical alleging FBI conspiracies with the College and other erratic behavior. A meeting with the Deans was held with him and he responded erratically and with an aggressive tone and with threats. There was a lengthy discussion about his belief that FBI had infiltrated the university to secure his records, had purchased buildings around his apartment for surveillance of him, and had infiltrated the It services. He also issues threats stating that the college was heading into "dangerous territory" and that there would be harm to the institution. When asked about these threats, he became agitated and loud, claiming his words were twisted. He went on to refine words as harm and danger through "peaceful actions through the law." Attached to this document is a collection of representative samples of communications with Keith Singh including the student email referencing the FBI infiltration, but they do not include the continued aggressive emails to the year long professor because I am not presently in possession of them.

[Q] Based on the description you provided, please check any behaviors below that have led you to be concerned about the individual involved:[/Q]
Bizarre/disjointed thoughts, Communicating threats, Disturbing written material/class discussion, Excessive anxiety, Inappropriate display of anger/negative emotions, Intimidation, Obsessively suspicious/paranoid

[Q] Please list any other university departments or outside agencies that were contacted about the concerns you have shared:[/Q]
College of Law faculty, administration, and students

[Q] Please indicate if any of the following actions were taken as a result of the concerns you have described:[/Q]
None

[Q] Have you talked to or corresponded with this student about your concern?[/Q]
Yes

[Q] I understand that referrals from this form will be received during normal business hours (Monday-Friday, 8:30 am-5:00 pm and are not monitored after hours, on weekends, or during official university holidays. Please contact University police at (217) 333-1216 if there is an immediate risk of harm to self or others prior to submitting this form.[/Q]
yes

[Q] As possible and within the limits of FERPA, would you like to be updated as to the outcome of this referral?[/Q]

Yes

ILLINOIS

STUDENT AFFAIRS
Office of the Dean of Students
300 Turner Student Services Building, MC-306
610 E. John St.
Champaign, IL 61820

June 20, 2022

Keith Singh
Sent electronically to keeruts2@illinois.edu

Dear Keith,

My name is Katherine Snyder and I am the Associate Dean of Students in the Office of the Dean of Students.

My office has received reports regarding conflicts between you and faculty/staff in the College of Law, including concerns you have raised about coursework and grades. I would like to meet to discuss these concerns, how you are doing, and if I may be able to assist you in some way. Another staff member will likely join us for this conversation.

It is my understanding that you may be working this summer. In order to best accommodate your schedule, I ask that you email me with some days and times that work for you for a meeting. Our meeting should occur before June 29, 2022. Alternatively, you may also call my office at (217) 333-0050 to schedule.

This meeting is a necessary and required step in the process when we are made aware of situations such as this one.

I look forward to hearing from you.

Sincerely,

Katherine C. Snyder

Katherine Snyder
Associate Dean of Students

**From:** Student Assistance Center Dean <helpdean@illinois.edu>
**Sent:** Wednesday, June 22, 2022 1:04 PM
**To:** "2021616701+illinois@efc.maxient.com" <2021616701+illinois@efc.maxient.com>
**Subject:** FW: Official Response to Letter

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Wednesday, June 22, 2022 1:03 PM
**To:** Student Assistance Center Dean <helpdean@illinois.edu>
**Cc:** Winship, Verity <vwinship@illinois.edu>; Amar, Vikram D <amar@illinois.edu>
**Subject:** Official Response to Letter

Dear Ms. Snyder,

My name is Keith Singh, and I am sending this message in response to your bizarre and unusual letter. I have expressed concerns about my grades and unlawful activity by College of Law officials directly to the College of Law. My concerns were expressed in accordance with the Student Code, and thus the concerns will be addressed through the appropriate process governed by the Student Code. The matter is between me and the College of Law.

You should be aware that this correspondence (and your letter) will be included in any legal action that commences against the University of Illinois. I consider your letter to be further proof of defamation by the College of Law and its officials. This is a very serious legal matter.

Please do not reach out to me again. The fact that you have reached out and provided information suggesting that you have been in contact with the College of Law makes you a witness. If the College of Law continues to proceed on its current path, you will likely be hearing from me or my representatives seeking legal testimony through a subpoena. I will not be responding to any further correspondence by you or your office.

Have a wonderful day.

Sincerely,
Keith Singh

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Tuesday, July 5, 2022 10:20 AM
**To:** "2021616701+illinois@efc.maxient.com" <2021616701+illinois@efc.maxient.com>
**Subject:** FW: Possible Referral for Disciplinary Action
**Attachment(s):** Email response from Singh_ 6_22_2022.pdf *28969 bytes*
SACInitialOutreachMandatory(Email).pdf *60538 bytes*
image001.png *5363 bytes*

---

**From:** Brown, Justin <justbrow@illinois.edu>
**Sent:** Tuesday, July 5, 2022 9:19 AM
**To:** Vermillion, Virginia <deanv@illinois.edu>; Winship, Verity <vwinship@illinois.edu>; Amar, Vikram D <amar@illinois.edu>
**Cc:** Snyder, Katherine <kzilmer@illinois.edu>
**Subject:** Possible Referral for Disciplinary Action

Dear Deans Amar, Winship, and Vermillion,

I hope this message finds you well. I believe all of you are aware of Keith Singh's response to Katherine Snyder's meeting requirement (both attached). We are prepared to reach out again, further clarify the purpose of the meeting and its necessity, and make it clear that his failure to meet will be forwarded to the College of Law for disciplinary action…all in an effort to secure his participation in a threat assessment interview. We cannot do so, however, without assurance from the College of Law that the disciplinary process will indeed be engaged should he refuse again. As we have heard from both Deans Vermillion and Winship that disciplinary action for noncompliance/1-302.g is unlikely (despite the sanctioning guidance issued by the Senate Committee on Student Discipline, which recommends censure for simple noncompliance and dismissal from the university for noncompliance with BIT: sanctioning-guidance.pdf (illinois.edu)), the Behavioral Intervention Team appears unable to meet with the subject prior to his return in the fall and is therefore unable to fully assess his risk potential for targeted violence. Given that and based on the information we have now, we really have no choice but to close the case.

--
**JUSTIN BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

University of Illinois Urbana-Champaign
Student Affairs
Office for Student Conflict Resolution
300 Student Services Bldg. | M/C 306
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

ILLINOIS

STUDENT AFFAIRS
Student Assistance Center
300 Turner Student Services Building, MC-306
610 E. John St.
Champaign, IL 61820

July 8, 2022

Keith Singh
Sent electronically to keeruts2@illinois.edu

**PERSONAL AND CONFIDENTIAL**

Dear Keith,

I received your email response. I wish to make clear that I am writing in my capacity as Associate Dean of Students and a member of the Behavioral Intervention Team.

This meeting is not disciplinary in nature, however, as I indicated in my first message to you, it is mandatory. If you fail to meet with me before Wednesday, July 13, I will refer the situation to the College of Law for potential disciplinary action for failure to comply with a reasonable directive from the Behavioral Intervention Team.

Please call my office at (217) 333-0050 to schedule an appointment with me.

Sincerely,

Katherine C. Snyder

Katherine Snyder
Associate Dean of Students

ILLINOIS

**STUDENT AFFAIRS**
Office of the Dean of Students
300 Turner Student Services Building, MC-306
610 E. John St.
Champaign, IL 61820

June 20, 2022

Keith Singh
Sent electronically to keeruts2@illinois.edu

Dear Keith,

My name is Katherine Snyder and I am the Associate Dean of Students in the Office of the Dean of Students.

My office has received reports regarding conflicts between you and faculty/staff in the College of Law, including concerns you have raised about coursework and grades. I would like to meet to discuss these concerns, how you are doing, and if I may be able to assist you in some way. Another staff member will likely join us for this conversation.

It is my understanding that you may be working this summer. In order to best accommodate your schedule, I ask that you email me with some days and times that work for you for a meeting. Our meeting should occur before June 29, 2022. Alternatively, you may also call my office at (217) 333-0050 to schedule.

This meeting is a necessary and required step in the process when we are made aware of situations such as this one.

I look forward to hearing from you.

Sincerely,

Katherine C. Snyder

Katherine Snyder
Associate Dean of Students

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Friday, July 8, 2022 4:11 PM
**To:** "2021616701+illinois@efc.maxient.com" <2021616701+illinois@efc.maxient.com>
**Subject:** FW: Second Response to Correspondence
**Attachment(s):** Second Response to Snyder.pdf *64814 bytes*

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Friday, July 8, 2022 4:00 PM
**To:** Student Assistance Center Dean <helpdean@illinois.edu>
**Cc:** Winship, Verity <vwinship@illinois.edu>; Vermillion, Virginia <deanv@illinois.edu>
**Subject:** Second Response to Correspondence
**Importance:** High

This message is for Katherine Snyder. I have attached my response to your second letter here. I suggest you read my letter very carefully. If the University attempts to discipline me, I will take legal action against the school and relevant officials. The University of Illinois will not violate my rights. I am copying the College of Law into this message.

Have a wonderful day.

Keith Singh

July 8, 2022

Katherine Snyder
Office of the Dean of Students
300 Turner Student Services Building
610 East John Street
Champaign, Illinois 61820

Re: Meeting Demand

Dear Ms. Snyder,

My name is Keith Singh, and I have now received two bizarre letters from you demanding a meeting. I told you that I would not respond to any further correspondence, but it appears that the school is looking for a legal dispute. So, I want to make my position crystal clear for the record and any future litigation.

First, you have received false and defamatory information about me (likely from the College of Law), which resulted in your correspondence. Second, you have not provided me notice of the fraudulent claims or allowed me to have legal counsel present. For example, you have not provided evidence of these claims, and you have not shared the nature of the claims or who made them. I have the right to review my student file under the Family Educational Rights and Privacy Act (FERPA). Third, you lack the authority to demand a meeting based on false information under the Student Code. Fourth, I am a student at the College of Law and not the University generally, so it is unclear why you are contacting me. The College of Law has its own Dean of Students. And fifth, your demands are not reasonable for many reasons, including the fact that the College of Law is not in session for the summer. I am not available at the date/time you have listed, and I am not taking classes at the University this summer. I will not be meeting with you until I receive the above information. If the University of Illinois attempts to discipline me, I will take legal action against the school. I will address each point in turn.

First, your office has received false and defamatory claims about me that lack any factual basis. I can say without knowing the details that I vigorously deny all the information or claims your office has received. Therefore, unless you have evidence that the claims are real, you have no basis to demand a meeting. I met with the College of Law multiple times in the last few months and expressed concerns about illegal activity by College of Law officials and my grades. The College of Law is aware that I may pursue legal action, so it is now retaliating against me by providing your office with fraudulent claims. I am not going to entertain such falsehoods and fantasies. I referenced defamation in my first response for a reason. You are now a witness.

Second, you have not provided any evidence of these claims or allowed me to have legal counsel present. Although you claim that the meeting is not disciplinary, you are threatening me with discipline if I do not comply with your unreasonable demands. Thus, I will not meet with you until I receive notice of the allegations and who made them. You also need to tell me what we will discuss, and you need to allow me to have legal counsel present. However, I will not look into getting legal counsel until you provide me information about the nature of the meeting and allegations. It is unclear what the purpose of this meeting is or what your role is in this process. You have not provided me with any information. Instead, you vaguely referenced your job title and some "reports" your office received. You then proceeded to claim (without evidence) that a meeting was mandatory. You did not reference any provision of the Student Code that allows you to demand such a meeting. You need to provide me with the information above. At that point, I will decide whether to bring in legal counsel. Otherwise, there will be no meeting. I have the right to review my student file under FERPA.

Third, I am not aware of any provision of the Student Code that allows you to demand a meeting based on fraudulent information. You need to cite the provision of the Student Code, or there will be no meeting. Until you provide me with the provision of the Student Code, I consider your demands to be unreasonable and nothing more than requests. Once you cite the provision (if one exists), I will review it and determine whether to bring in legal counsel. Again, you are demanding a meeting based on false information. I deny the allegations in whatever reports you received, and I decline to meet with you per your request. It would be quite something for the University of Illinois to attempt to discipline me without first providing evidence that it had the authority to demand a meeting.

Fourth, I am a student at the College of Law—not the University generally. I am not an undergraduate or graduate student. It is unclear where you get the authority or jurisdiction to force me into a meeting. The College of Law has its own administration and Dean of Students. Again, it is unclear what your role is here or what you are attempting to do. In your first letter, you claimed that you wanted to meet to "discuss" my concerns and whether you could "assist [me] in some way." That sounds like an offer. But in the same letter, you claimed that another member of the staff would join and that the meeting was "a necessary and required step in the process[.]" What process are you talking about? You have also called yourself a member of the "Behavioral Intervention Team." It sounds like you are about to take some unlawful action based on fraudulent information about my mental health. Consequently, I refuse to meet until you provide me with a detailed summary of the claims and purpose of the meeting. The College of Law has already violated my rights. If you continue to do so here, this will quickly proceed to litigation and a legal dispute. So make up your mind as to how you want to proceed. I am entitled to due process of law.

Fifth, not only are your demands unreasonable for all of the reasons mentioned above, but they are also unreasonable because you are attempting to force me to have a meeting with you during the summer. I am currently in a legal internship working significant hours during the vast majority of the week. I will not be available for a meeting until classes resume in middle or late August when I am back in Champaign. I am not currently in Champaign. In any case, no meeting can happen until I view the evidence/claims and consider getting legal counsel. Your demands are not reasonable requests in your capacity as the Associate Dean of Students—they are unreasonable and unlawful.

In summary, there will be no meeting unless you provide me notice in the form of evidence and allow me to review the evidence. At that point, I will decide whether to obtain legal counsel. If it is the University's position that it has the authority to force me into a meeting based on fraudulent information, you need to cite the relevant provision. At that point, I will once again decide whether to obtain legal counsel. It is my position that the University lacks the authority to force me into a non-disciplinary hearing based on false information. As such, I deny your request to meet.

If the University of Illinois attempts to discipline me, I will take legal action against the school and relevant officials. I will provide the College of Law with a copy of this letter, as they are complicit in this unlawful activity.

Sincerely,

Keith Singh

CC: College of Law

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Thursday, August 25, 2022 9:13 AM
**To:** "2021616701+illinois@efc.maxient.com" <2021616701+illinois@efc.maxient.com>
**Subject:** FW: Second Response to Correspondence
**Attachment(s):** image002.png *2602 bytes*
image001.png *5363 bytes*

---

**From:** Brown, Justin <justbrow@illinois.edu>
**Sent:** Thursday, August 25, 2022 7:30 AM
**To:** Snyder, Katherine <kzilmer@illinois.edu>
**Subject:** FW: Second Response to Correspondence

--
**JUSTIN M. BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

Office for Student Conflict Resolution
Student Affairs
University of Illinois at Urbana-Champaign
345 Student Services Building
610 East John Street
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Brown, Justin
**Sent:** Thursday, August 25, 2022 7:30 AM
**To:** Winship, Verity <vwinship@illinois.edu>
**Cc:** Gill, Patricia A <patgill@illinois.edu>
**Subject:** FW: Second Response to Correspondence

Dean Winship,

We have tried to be as accommodating as we can with Mr. Singh, but he remains adamant that he will not meet with us. I am left with no choice but to formally request that you pursue disciplinary action against him under the College of Law's procedures and under the authority and oversight of the Senate Committee on Student Discipline. I have copied Pat Gill, the chair of the SCSD, so that she is aware of the request.

Neither Katherine nor I will be communicating further with Mr. Singh until he is compliant.

Thank you for your assistance.

--

**JUSTIN M. BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

Office for Student Conflict Resolution
Student Affairs
University of Illinois at Urbana-Champaign
345 Student Services Building
610 East John Street
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, August 23, 2022 12:37 PM
**To:** Brown, Justin <justbrow@illinois.edu>
**Cc:** Winship, Verity <vwinship@illinois.edu>
**Subject:** Re: Second Response to Correspondence

Dear Mr. Brown,

Thank you very much for that definition. I hope you understand what you just admitted. The Bevhavioral Intervention Team exists to do what you just said. That is your duty.

§ 1-302(g) of the Student Code provides that a student may be disciplined for "failing to comply with reasonable directions of a member or agent of the university acting in the performance of their ***duty***" (emphasis added). You are trying to force me into a meeting to "prevent targeted violence"—thereby suggesting that I have done something to justify such a meeting.

I vigorously deny those allegations. I have not done anything, and I don't know what you are talking about. You have no factual basis, and the College of Law is retaliating against me by reaching out to your department. I refer you back to the letters. You have not provided me with any evidence, and I still do not have the e-mails you referenced previously.

Consequently, your request is not reasonable, and the school would be violating the Student Code if it attempted to discipline me for not talking to you—thereby violating my due process rights.

I don't know how to make it any clearer. I feel like I have repeated this now several times.

Sincerely,
Keith Singh

---

**From:** Brown, Justin <justbrow@illinois.edu>
**Sent:** Tuesday, August 23, 2022 12:12 PM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Subject:** RE: Second Response to Correspondence

In short, to prevent targeted violence within our community through early intervention, proactive engagement, and a variety of supportive services.

--
**JUSTIN BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

University of Illinois Urbana-Champaign
Student Affairs
Office for Student Conflict Resolution
300 Student Services Bldg. | M/C 306
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, August 23, 2022 11:14 AM
**To:** Brown, Justin <justbrow@illinois.edu>
**Subject:** Re: Second Response to Correspondence

What is the function of the Behavioral Intervention Team?

---

**From:** Brown, Justin <justbrow@illinois.edu>
**Sent:** Tuesday, August 23, 2022 10:34 AM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Subject:** RE: Second Response to Correspondence

Mr. Singh,

Given the function of the Behavioral Intervention Team (BIT), a required meeting in a timely manner is a reasonable request, and all students are required to comply with such requests under 1-302.g of the Student Code. So yes, in fact, the university can require a student to meet with them for a chat, and in my experience most of these conversations are actually quite friendly (That is certainly how Associate Dean Snyder and I both approach them.). If the meeting were disciplinary in nature or otherwise intended to investigate a possible policy violation, then you would be afforded due process, but this meeting is to understand you and your perspective so that the BIT can fulfill its role. We are not accusing you of wrongdoing.

--
**JUSTIN BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

University of Illinois Urbana-Champaign
Student Affairs
Office for Student Conflict Resolution
300 Student Services Bldg. | M/C 306
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, August 23, 2022 10:17 AM
**To:** Brown, Justin <justbrow@illinois.edu>
**Subject:** Re: Second Response to Correspondence

Dear Mr. Brown,

I don't know what you are talking about. I will need Ms. Snyder to provide me with copies of the e-mails in question. I will also need to know what the meeting is about and what you are accusing me of doing. At that point, I will look into getting legal counsel. Your request is not reasonable unless it is your position that the school can force students into a meeting with the "Behavioral Intervention Team" for a friendly chat. There is obviously something you are accusing me of here, but you are refusing to tell me. That violates my due process rights. Also, what provision of the Student Code are you referencing?

Your request remains unreasonable, and thus there is not going to be any meeting.

Sincerely,
Keith Singh

---

**From:** Brown, Justin <justbrow@illinois.edu>
**Sent:** Tuesday, August 23, 2022 8:53 AM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Cc:** Snyder, Katherine <kzilmer@illinois.edu>
**Subject:** RE: Second Response to Correspondence

Dear Mr. Singh,

I hope this message finds you well. I am writing to you as the chair of the Behavioral Intervention Team. We have allowed you time to finish your internship and return to the community, so please communicate with Associate Dean Snyder immediately about setting up the required meeting she has written you about twice now. You are welcome to bring someone with you to this meeting; no one has stated otherwise. Whomever you bring with you cannot speak for you, but they can absolutely be there to advise you. Dean Snyder is also able to provide information about what has shared with us during your meeting with her, but it is my understanding that what we have received is largely email communication that you should already have copies of. You have also mentioned allegations and claims against you, but to reiterate, the Behavioral Intervention Team is interested in talking with you about your experiences in the College of Law, email exchanges we have been provided, and other such topics. Besides your current refusal to abide by a reasonable request by a university official acting in the performance of her duty, you are not being alleged to have violated university policy by Associate Dean Snyder or myself, and we are not responsible for enforcing most Student Code policies with law students anyway. However, I do want to clear up your misconception that the Dean of Students for the university does not serve or oversee (through a number of existing policies and processes) law students. The scope of the Office of the Dean of Students is, in fact, all students. Although there is a position within the College of Law that uses the “Dean of Students” title as well, that is irrelevant to this conversation and to Associate Dean Snyder’s request.

We will give you until the end of this week to make the necessary arrangements with Associate Dean Snyder, but our expectation is that this meeting occur very soon. Thank you for your understanding.

Best wishes,

--

**JUSTIN BROWN (HE, HIM, HIS)**
*Associate Dean of Students and Director*

University of Illinois Urbana-Champaign
Student Affairs
Office for Student Conflict Resolution
300 Student Services Bldg. | M/C 306
Champaign, IL 61820
217.333.3680 | justbrow@illinois.edu
www.conflictresolution.illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Friday, July 8, 2022 4:00 PM
**To:** Student Assistance Center Dean <helpdean@illinois.edu>
**Cc:** Winship, Verity <vwinship@illinois.edu>; Vermillion, Virginia <deanv@illinois.edu>
**Subject:** Second Response to Correspondence
**Importance:** High

This message is for Katherine Snyder. I have attached my response to your second letter here. I suggest you read my letter very carefully. If the University attempts to discipline me, I will take legal action against the school and relevant officials. The University of Illinois will not violate my rights. I am copying the College of Law into this message.

Have a wonderful day.

Keith Singh

# Case Resolution Form 2021616701

| Name | SID | DOB | Role |
|---|---|---|---|
| Keerut (Keith) Singh | 657706176 | 1993-03-28 | Student of Concern |

## I. Resolution Information

| Re olution Type | Re olution Date | Admini trator( ) |
|---|---|---|
| **For Information Only** | **2022 09 23** | **A oc Dean of Student SAC (Katherine Snyder)** |

| Parental/Guardian Notification | Clery Reportability | Clery Rationale |
|---|---|---|
| **No** | | |

## II. Charges/Issues and Findings (if applicable)

1. Threatening behavior FYI

## III. Sanctions / Actions

## IV. Additional Sanctions/Stipulations

## V. Rationale

ingh wa referral by the College of Law due to hi behavior BIT attempted to engage with ingh for a meeting/interview and he refused. Case referred to the College of Law for disciplinary procedures for failing to comply.

## CC List

CRF finalized by Katherine nyder on eptember 23 2022 at 3 20 31 pm CDT

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Tuesday, October 18, 2022 4:36 PM
**To:** "2021616701+illinois@efc.maxient.com" <2021616701+illinois@efc.maxient.com>
**Subject:** FW: Next steps - due by end of day Oct 25
**Attachment(s):** image001.png *5363 bytes*

---

**From:** Winship, Verity <vwinship@illinois.edu>
**Sent:** Tuesday, October 18, 2022 2:57 PM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Cc:** Snyder, Katherine <kzilmer@illinois.edu>; Wilczynski, Robert <rwilczyn@illinois.edu>
**Subject:** Next steps - due by end of day Oct 25

Dear Keith,

We wish you well and want you to thrive at the law school, so want to give you this last opportunity to simply meet with the Behavioral Intervention Team (BIT), as requested and required. The University deems failure to attend a meeting with the BIT to be action subject to discipline under campus guidelines. If you do not make arrangements to meet with the BIT in the next week (i.e., before the end of day October 25), we will need to start the disciplinary process.

You were referred to the BIT in light of longstanding and ongoing conflicts you have had with several members of the law school community, many of which you have documented extensively in your letters and emails. Some of your email exchanges also suggest that these conflicts have started to characterize your interactions with students as well. As Dean Brown has pointed out to you, the BIT is interested in talking with you about your experiences in the College of Law, email exchanges provided to it, and other such topics. By attending the BIT meeting, you can discuss your concerns and Dean Snyder would be able to give you more information, though what the BIT received is largely email communication that you should already have copies of. As Dean Brown indicated earlier, in his experience most of the conversations with the BIT are actually quite friendly.

Though failing to comply with the reasonable request for a meeting is disciplinable (as noted above), the BIT meeting itself is not disciplinary in nature or otherwise intended to investigate a possible policy violation. The BIT team described this meeting to you as designed to understand you and your perspective so that the BIT can fulfill its role. They also reiterated and emphasized that they are not accusing you of wrongdoing. I urge you to take this route and meet with the BIT.

I have copied Dean Snyder and Dean Wilczynski, who directs the Office for Student Conflict Resolution, the role previously held by Dean Brown.

Sincerely,
Dean Winship

**VERITY WINSHIP**
*Professor & Associate Dean for Academic Affairs*
Bio | CV | Papers

University of Illinois Urbana-Champaign
College of Law
504 East Pennsylvania Avenue
Champaign, IL 61820
(217) 244-8161 | vwinship@illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Wednesday, October 19, 2022 4:02 PM
**To:** "Singh, Keith" <keeruts2@illinois.edu>
**CC:** "Wilczynski, Robert" <rwilczyn@illinois.edu>
**Subject:** RE: Fraudulent Claims
**Attachment(s):** image001.png *2602 bytes*

Hi Keith,

Thank you for your message.

I am interpreting your email as a formal request to inspect and review your educational records. In this case, please know that we provide access, not copies, and we have 45 days to do so. We will work to prepare your records for your review. We will alert you as to when we are ready so that you can make an appointment to come to our office in-person and review them.

Thank you,
Katherine

**Katherine C. Snyder, M.A., CTM**
**Associate Dean of Students**

Office of the Dean of Students
University of Illinois
300 Turner Student Services Building, MC-306
610 East John Street
Champaign, IL 61820
Phone: 217.333.0050 | kzilmer@illinois.edu
Fax: 217.265.5000
Website: https://www.odos.illinois.edu/community-of-care/student-assistance-center/

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, October 18, 2022 6:24 PM
**To:** Snyder, Katherine <kzilmer@illinois.edu>; Wilczynski, Robert <rwilczyn@illinois.edu>
**Cc:** Student Assistance Center Dean <helpdean@illinois.edu>; Office for Access and Equity <accessandequity@illinois.edu>; Winship, Verity <vwinship@illinois.edu>
**Subject:** Fraudulent Claims

This message is for the Office of the Dean of Students, specifically Katherine Snyder and Robert Wilczynski.

My name is Keith Singh, and I am a student at the College of Law. The College of Law has reached out to the Office of the Dean of Students and the Behavioral Intervention Team (BIT) and provided false information about me. I have already been in contact with Katherine Snyder. I seek evidence.

The College of Law demanded that I speak with BIT for no reason. Upon receiving the demand, I denied the allegations and asked the College of Law for information and evidence to figure out what was going on. The College of Law did not provide me with any evidence. It is unclear what the issue is or why the College of Law reached out to BIT. I should not have to guess; I do not have any copies of any e-mails. This is not only an unreasonable demand, but it is so unreasonable and unlawful that it is hard to take seriously. BIT apparently made no efforts to verify the information it received from the law school.

Thus, I informed the College of Law that I would not speak to BIT because it would violate my First Amendment rights and my rights under the Student Code. The College of Law is now threatening to discipline me for no reason. I informed the College of Law that I would file a lawsuit in response to any discipline. I have already filed numerous complaints against the College of Law regarding its improper conduct.

Although BIT is not going to be involved with the discipline, the communication between the College of Law and BIT is the crux of this issue. Katherine Snyder, Justin Brown, Robert Wilczynski, and any other people involved with this issue should be prepared to testify in the legal dispute. So, I hereby ask BIT to forward to me any information it has relating to this matter. I want any reports, e-mails, or information forwarded to my e-mail. This matter is going to be in court if there is discipline, so this is pretty serious. I expect a prompt response. A failure to provide this information will further show the ridiculous nature of the matter. This school is a circus, so it is hard to take it seriously. I do not know how the school could possibly claim that it made a reasonable request when it behaved in this manner. I have considered this a legal matter from the beginning. The school has no argument under the law or the Student Code at the present time.

I have also filed capricious complaints under the Student Code against instructors at the College of Law. I will be seeking testimony from BIT for the purposes of those complaints, and I will be in touch soon.

I am copying the Office for Access & Equity into this message because the College of Law has violated my rights. This is retaliation.

Keith Singh

**From:** "Snyder, Katherine" <kzilmer@illinois.edu>
**Sent:** Friday, October 21, 2022 4:35 PM
**To:** "Singh, Keith" <keeruts2@illinois.edu>
**CC:** "Wilczynski, Robert" <rwilczyn@illinois.edu>
**Subject:** RE: Fraudulent Claims
**Attachment(s):** image001.png *2602 bytes*

Hi Keith,

I will look back at our communications from the summer.

We will work to prepare your records as requested and be in touch as soon as they are available for your review.

Thank you,
Katherine

**Katherine C. Snyder, M.A., CTM**
**Associate Dean of Students**

Office of the Dean of Students
University of Illinois
300 Turner Student Services Building, MC-306
610 East John Street
Champaign, IL 61820
Phone: 217.333.0050 | kzilmer@illinois.edu
Fax: 217.265.5000
Website: https://www.odos.illinois.edu/community-of-care/student-assistance-center/

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Thursday, October 20, 2022 1:23 AM
**To:** Snyder, Katherine <kzilmer@illinois.edu>
**Cc:** Wilczynski, Robert <rwilczyn@illinois.edu>
**Subject:** Re: Fraudulent Claims

Ms. Snyder,

No, you do not have 45 days. I already made a request directly to you and your office on July 8, 2022, when I sent you a letter in response to your correspondence. Additionally, I filed a FERPA request to the College of Law on the same date. The fact that you may have different records and did not provide those records is proof that the school is acting in bad faith. I have a right under the statute to sue today to enforce my rights because you have already exceeded 45 days. There is e-mail evidence of all of these dates.

I expect to view my files sometime in the next few days. Have a wonderful day.

Sincerely,
Keith Singh

---

**From:** Snyder, Katherine <kzilmer@illinois.edu>
**Sent:** Wednesday, October 19, 2022 4:01 PM
**To:** Singh, Keith <keeruts2@illinois.edu>

**Cc:** Wilczynski, Robert <rwilczyn@illinois.edu>
**Subject:** RE: Fraudulent Claims

Hi Keith,

Thank you for your message.

I am interpreting your email as a formal request to inspect and review your educational records. In this case, please know that we provide access, not copies, and we have 45 days to do so. We will work to prepare your records for your review. We will alert you as to when we are ready so that you can make an appointment to come to our office in-person and review them.

Thank you,
Katherine

**Katherine C. Snyder, M.A., CTM**
**Associate Dean of Students**

Office of the Dean of Students
University of Illinois
300 Turner Student Services Building, MC-306
610 East John Street
Champaign, IL 61820
Phone: 217.333.0050 | kzilmer@illinois.edu
Fax: 217.265.5000
Website: https://www.odos.illinois.edu/community-of-care/student-assistance-center/

---

**From:** Singh, Keith <keeruts2@illinois.edu>
**Sent:** Tuesday, October 18, 2022 6:24 PM
**To:** Snyder, Katherine <kzilmer@illinois.edu>; Wilczynski, Robert <rwilczyn@illinois.edu>
**Cc:** Student Assistance Center Dean <helpdean@illinois.edu>; Office for Access and Equity <accessandequity@illinois.edu>; Winship, Verity <vwinship@illinois.edu>
**Subject:** Fraudulent Claims

This message is for the Office of the Dean of Students, specifically Katherine Snyder and Robert Wilczynski.

My name is Keith Singh, and I am a student at the College of Law. The College of Law has reached out to the Office of the Dean of Students and the Behavioral Intervention Team (BIT) and provided false information about me. I have already been in contact with Katherine Snyder. I seek evidence.

The College of Law demanded that I speak with BIT for no reason. Upon receiving the demand, I denied the allegations and asked the College of Law for information and evidence to figure out what was going on. The College of Law did not provide me with any evidence. It is unclear what the issue is or why the College of Law reached out to BIT. I should not have to guess; I do not have any copies of any e-mails. This is not only an unreasonable demand, but it is so unreasonable and unlawful that it is hard to take seriously. BIT apparently made no efforts to verify the information it received from the law school.

Thus, I informed the College of Law that I would not speak to BIT because it would violate my First Amendment rights and my rights under the Student Code. The College of Law is now threatening to discipline me for no reason. I informed the College of Law that I would file a

lawsuit in response to any discipline. I have already filed numerous complaints against the College of Law regarding its improper conduct.

Although BIT is not going to be involved with the discipline, the communication between the College of Law and BIT is the crux of this issue. Katherine Snyder, Justin Brown, Robert Wilczynski, and any other people involved with this issue should be prepared to testify in the legal dispute. So, I hereby ask BIT to forward to me any information it has relating to this matter. I want any reports, e-mails, or information forwarded to my e-mail. This matter is going to be in court if there is discipline, so this is pretty serious. I expect a prompt response. A failure to provide this information will further show the ridiculous nature of the matter. This school is a circus, so it is hard to take it seriously. I do not know how the school could possibly claim that it made a reasonable request when it behaved in this manner. I have considered this a legal matter from the beginning. The school has no argument under the law or the Student Code at the present time.

I have also filed capricious complaints under the Student Code against instructors at the College of Law. I will be seeking testimony from BIT for the purposes of those complaints, and I will be in touch soon.

I am copying the Office for Access & Equity into this message because the College of Law has violated my rights. This is retaliation.

Keith Singh

No Photo Available

**2021616701**
Behavioral Intervention Team

Closed

# Keerut "Keith"Singh (657706176)

## DEMOGRAPHICS

**DOB**
1993-03-28

**Gender**
Male

**Ethnicity**

**Classification**

**Major**
Law

**Academic Advisor**

**GPA Last Term / GPA Cumulative**
0.000 / 0.000

**Athletics**

**Greek**

**Honors**

**ROTC / Veteran**

**Pronouns**

**Honorific**

**WAVR-21 Risk Assessment**

## CONTACT INFORMATION

**Housing**

**Username**

**Email Address**
keeruts2@illinois.edu

**Emergency Contact**

**Local**
202 E White St Apt 10
Champaign IL 61820-4248

**Permanent**
13810 12th Dr SE
Mill Creek WA 98012-5641

## INCIDENT AND CASE INFORMATION

**Report Number**

**Role**
Student of Concern

**Incident Date**
2020-03-23

**Incident Time**
3:00 PM

**Incident Location**
Academic building Residence hall Off-campus housing Web-based City street Other College of Law Deans Suite

**Reported Date**
2022-03-24

**Referral Source**
Faculty/instructor

**Reported By**

**Case Created Date**
2022-06-20

**Assigned To**
Katherine Snyder
(Assoc. Dean of Students - SAC)

**Home Office**
Behavioral Intervention Team

**Access Restriction**
BIT

**Clery Reportability**

**Clery Rationale**

**Tags**

**Next Deadline Date** **Reason**

**Incident Summary**
Student is alleged to have engaged in threatening and harassing behavior with other students and faculty, and has communicated concerns re surveillance by the FBI.

**Incident Description**
[Q] PLEASE DESCRIBE THE BEHAVIORS THAT HAVE PROMPTED YOU TO SHARE YOUR CONCERNS. Please use as much detail as poss ble, including dates for any specific concerns. If the concern involves threats or comments related to self-harm or harm to others, please include exact quotes and how these comments were communicated:[/Q]
First year Law Student, Keerut (Keith) Singh, was aggressive in his communications with his female fall law professors, including multiple combative emails with one professor in particular. After exams, the accusatory emails continued to that professor and to others. This semester, he has continued his aggressive emails to one female professors and send aggressive emails to other female professors on his schedule. In person meetings between administration and the student to address his behavior resulted in his use of aggressive and combative in tones and communication. Immediately thereafter he sent another combative communication to a female professor. Most recently, he sent communications to a student's significant other accusing her of making comments about him even though she is not a law student and did not know him. Then to her boyfriend that is a classmate, he made comments that were nonsensical alleging FBI conspiracies with the College and other erratic behavior. A meeting with the Deans was held with him and he responded erratically and with an aggressive tone and with threats. There was a lengthy discussion about his belief that FBI had infiltrated the university to secure his records, had purchased buildings around his apartment for surveillance of him, and had infiltrated the It services. He also issues threats stating that the college was heading into "dangerous territory" and that there would be harm to the institution. When asked about these threats, he became agitated and loud, claiming his words were twisted. He went on to refine words as harm and danger through "peaceful actions through the law." Attached to this document is a collection of representative samples of communications with Keith Singh including the student email referencing the FBI infiltration, but they do not include the continued aggressive emails to the year long professor because I am not presently in possession of them.

[Q] Based on the description you provided, please check any behaviors below that have led you to be concerned about the individual involved:[/Q]
Bizarre/disjointed thoughts, Communicating threats, Disturbing written material/class discussion, Excessive anxiety, Inappropriate display of anger/negative emotions, Intimidation, Obsessively suspicious/paranoid

[Q] Please list any other university departments or outside agencies that were contacted about the concerns you have shared:[/Q]
College of Law faculty, administration, and students

[Q] Please indicate if any of the following actions were taken as a result of the concerns you have descr bed:[/Q]
None

[Q] Have you ta ked to or corresponded with this student about your concern?[/Q]
Yes

[Q] I understand that referrals from this form will be received during normal business hours (Monday-Friday, 8:30 am-5:00 pm and are not monitored after hours, on weekends, or during official university holidays. Please contact University police at (217) 333-1216 if there is an immediate risk of harm to self or others prior to submitting this form.[/Q]
yes

[Q] As possible and within the limits of FERPA, would you like to be updated as to the outcome of this referral?[/Q]
Yes

## RESOLUTION INFORMATION

**Charges/Issues**
1) Threatening behavior

**Findings (if applicable)**
FYI

**Appt. Date**

**Appt. Time**

**Appt. Location**

**Hearing/Resolution Date**
2022-09-23

**Hearing/Resolution Type**
For Information Only

**Hearing Officer(s)**
Assoc. Dean of Students - SAC (Katherine Snyder)

**Parental Notification**
No

**Holds in Place**

**Appeal Status**
No appeal filed

**Rationale**
Singh was referral by the College of Law due to his behavior. BIT attempted to engage with Singh for a meeting/interview and he refused. Case referred to the College of Law for disciplinary procedures for failing to comply.

**CC List**

## SANCTIONS / ACTIONS

✔ = completed, ✘ = incomplete, ➔ = referred to another case

No sanctions/actions listed

## NOTES

**Individual Notes**

**BIT Meeting: 5 April 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday April 5, 2022 at 9 00am
Last edited Monday June 20, 2022 at 3:36pm

BIT reviewed phone call and initial report from Assistant Dean Virginia Vermillion, Colege of Law. Singh is a first-year law student.

Per college staff, Singh has expressed concern (via complaints) regarding a series of law professors who have predominantly been women. He has made allegations that he is being graded unfairly, and believes that his grades should have him at the top of the first-year class. His grades, per the college, are fairly typical for a first-year law student.

Singh has been resistant to meetings with the Law School but ultimately did agree to meet with leadership. They have attempted to outline boundaries and expectations. Additionally, Singh expressed his belief that Vermillion is associated with law enforcement and that the college is cooperating with FYI surveillance of him.

Singh also has engaged in a history of filing lawsuits in his home state of Washington, most recently against the post office.

Singh has an unstable educational and employment history including multiple postsecondary institutions and jobs.

Brown and Snyder advised Law regarding potential next steps, including documenting their concerns and expectations in a letter to Singh. The program was not interested at this time.

**BIT meeting: 26 April 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday April 26, 2022 at 3:37pm
Last edited Monday June 20, 2022 at 3:37pm

Snyder attempted to reach out to the Washington State threat assessment office but received no response. Dean Brown, OSCR, to schedule another meeting to touch base with Law.

**BIT meeting: 3 May 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday May 3, 2022 at 3:44pm
Last edited Monday June 20, 2022 at 3:44pm

Snyder and Brown met again with Vermillion and Winship. Singh recently sent an email to Singh stating that Vermillion was a terrible human being and should be criminally prosecuted. Singh stated that he does not wish to continue speaking with Vermillion. Additionally, Singh asserted that if any professor used his emails raising concerns against him with respect to grading, it was in his opinion a violation of the Student Code's capricious grading policy.

As a first-year student, Singh has two more full years to complete. Snyder and Brown expressed to Law their concern that if the behavior is not addressed now, at this low level, it will continue and be more challenging to manage. Law was unwilling to engage their conduct process due to concerns that there was not a faculty appetite for the process, but did agree to send a follow-up letter to Singh to outline concerns and expectations in writing.

**BIT meeting: 17 May 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday May 17, 2022 at 3:45pm
Last edited Monday June 20, 2022 at 3:45pm

Dean Winship requested to meet with Dean Brown to discuss the letter of expectations; more details forthcoming.

**BIT meeting: 24 May 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday May 24, 2022 at 3:47pm
Last edited Monday June 20, 2022 at 3:47pm

Per Dean Brown, the College of Law has elected not to send the noncompliance letter at this time. This is a challenging situation for BIT, per OSCR does not manage the discipline process for law students; such is handled within the college. If BIT mandates a meeting, it will be up to the College to enforce any noncompliance. The team recommends a meeting, and Brown and/or Snyder will follow-up with Law to discuss potential noncompliance before the meeting request is sent.

**BIT meeting: 7 June 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday June 7, 2022 at 3:49pm
Last edited Monday June 20, 2022 at 3:49pm

Brown reported that a follow-up meeting occurred with Law. Law is not prepared to address noncompliance via their conduct system. Snyder will reach out to attempt to schedule an appointment with Singh with the understanding that there will be no consequence for failing to meet. Law did agree to send an email regarding expectations to Singh but again, not a formal letter.

**BIT outreach**
*Katherine Snyder*

COMMUNICATE/CONSULT WITH STUDENT
Monday June 20, 2022 at 3:49pm

Snyder sent request to meet via Maxient system. See EFC.

**Email response**
*Katherine Snyder*

COMMUNICATE/CONSULT WITH STUDENT
Wednesday June 22, 2022 at 1 05pm

Singh responded to Snyder's outreach, instructing her not to reach out again and stating that he will not respond to additional communications from Snyder or her office. See EFC.

**BIT meeting: 28 June 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday June 28, 2022 at 6:42am
Last edited Monday July 4, 2022 at 6:42am

The team discussed Singh's response to Snyder's outreach message (see EFC). As indicated in prior notes, OSCR does not have jurisdiction over Singh and thus cannot charge him with noncompliance. Though the team could elect not to move forward with an interview, the team does not expect that Singh's behavior will substantively change over time, thus not moving forward now will simply result in an interview later. Further, such action may teach Singh that the team does not have authority and therefore embolden his behavior.

The team decided to reach out to Law to request that they initiate their conduct system for failure to comply. In that message, the team will inform the College of Law that we are unable to conduct an assessment as to the potential level of risk he poses without an interview. Dean Brown will send this message. Based on their response, the team will determine the next steps.

**BIT meeting: 5 July 2022**
*Katherine Snyder*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday July 5, 2022 at 4:23pm
Last edited Thursday July 7, 2022 at 4:23pm

Dean Brown emailed the College of Law regarding potential next steps and we are waiting for their response. There are no other updates at this time.

**BIT Discussion 16 Aug 2022**
*Ranya Hasan*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday August 16, 2022 at 10 04am

BIT member Justin Brown will be sending email communication today and Brown will wait for communication back from Singh.

**BIT Discussion 25 Aug 2022**
*Ranya Hasan*

BEHAVIORAL INTERVENTION TEAM NOTE
Thursday August 25, 2022 at 9:14am

Singh refused to meet with BIT member Katherine Snyder. If College of Law utilizes there disciplinary procedures he may end up attending a meeting.

**BIT Discussion 6 Sept 2022**
*Ranya Hasan*

BEHAVIORAL INTERVENTION TEAM NOTE
Tuesday September 6, 2022 at 9:46am

No updates from College of Law. Justin Brown will make sure that case is up to date and will close.

## ELECTRONIC FILE CABINET

| Doc ID | Filename | Date Modified | File Size | Associated with |
|---|---|---|---|---|
| 00099153 | IR | June 20, 2022 3:35 pm | 25.19kb | All parties |
| 00099154 | keithsingh.pdf | June 20, 2022 3:35 pm | 424.52kb | All parties |
| 00099155 | Case Creation Sheet | June 20, 2022 3:35 pm | 11.79kb | This individual |
| 00099177 | SACInitialOutreachMandatory(Email) | June 20, 2022 4:58 pm | 59.12kb | This individual |
| 00099452 | Email response from Singh: 6/22/2022 | June 22, 2022 1:04 pm | 28.29kb | This individual |
| 00100196 | FW: Poss ble Referral for Disciplinary Action | July 5, 2022 10:20 am | 51.26kb | This individual |
| 00100197 | image001.png | July 5, 2022 10:20 am | 5.24kb | This individual |
| 00100447 | SACSecondOutreachMandatory(Email) | July 8, 2022 8:46 am | 113.26kb | This individual |
| 00100474 | FW: Second Response to Correspondence | July 8, 2022 4:11 pm | 36.12kb | This individual |
| 00100475 | Second Response to Snyder.pdf | July 8, 2022 4:11 pm | 63.29kb | This individual |
| 00102627 | FW: Second Response to Correspondence | August 25, 2022 9:13 am | 81.45kb | This individual |
| 00102628 | image002.png | August 25, 2022 9:13 am | 2.54kb | This individual |
| 00106789 | CRF | September 23, 2022 3:20 pm | 29.47kb | This individual |
| 00109869 | FW: Next steps - due by end of day Oct 25 | October 18, 2022 4:36 pm | 51.01kb | This individual |
| 00110100 | RE: Fraudulent Claims | October 19, 2022 4:02 pm | 44.25kb | This individual |
| 00110471 | RE: Fraudulent Claims | October 21, 2022 4:35 pm | 51.07kb | This individual |

## AUDIT TRAIL

| | | |
|---|---|---|
| 2022-06-20 15:35:37 | Katherine Snyder | Case created |
| 2022-06-20 15:35:37 | Katherine Snyder | Note #42148 created on Create New Case |
| 2022-06-20 15:35:37 | Katherine Snyder | File: IR added (#00008402 from web) |
| 2022-06-20 15:35:38 | Katherine Snyder | 1 attachments from IR added (filenames: keithsingh.pdf) |
| 2022-06-20 15:35:40 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:36:59 | Katherine Snyder | Note #42148 content modified on Update Existing Case |
| 2022-06-20 15:37:12 | Katherine Snyder | Database entry updated. APPT_DATE changed from (no value set) to (no value set) |
| 2022-06-20 15:37:12 | Katherine Snyder | Note #42149 created on Update Existing Case |
| 2022-06-20 15:37:13 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:44:43 | Katherine Snyder | Note #42152 created on Update Existing Case |
| 2022-06-20 15:44:44 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:45:45 | Katherine Snyder | Note #42153 created on Update Existing Case |
| 2022-06-20 15:45:46 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:47:20 | Katherine Snyder | Note #42155 created on Update Existing Case |
| 2022-06-20 15:47:21 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:49:02 | Katherine Snyder | Note #42156 created on Update Existing Case |
| 2022-06-20 15:49:03 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 15:49:35 | Katherine Snyder | Note #42157 created on Update Existing Case |
| 2022-06-20 15:49:35 | Katherine Snyder | Individual task (#16996 - Student schedule appointment?) was added on Update Existing Case screen |
| 2022-06-20 16:35:11 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-20 16:58:01 | Katherine Snyder | Mandatory Meeting with the Student Assistance Center (Document #00099177) letter sent via email to keeruts2@illinois.edu |
| 2022-06-20 21:12:35 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-21 08:33:04 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-21 09:41:03 | Alexis Thompson | Summary case record viewed on Find Case screen |
| 2022-06-21 09:41:04 | Alexis Thompson | Timeline viewed |
| 2022-06-22 09:29:47 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-22 12:31:15 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 45.91.23.61. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-06-22 12:31:19 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 44.207.214.173. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-06-22 12:31:25 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 54.174.128.19. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |

| | | | |
|---|---|---|---|
| 2022-06-22 | 12:31:40 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 173.208.45.6. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537 36 (KHTML, like Gecko) Chrome/102.0.5005.61 Safari/537.36 |
| 2022-06-22 | 12:33:01 | | Successful viewing of 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 45.91.23.61. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-06-22 | 13:04:29 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-22 | 13:04:41 | Johnny HelpDean | Document #00099452 added via email |
| 2022-06-22 | 13:05:27 | Katherine Snyder | Note #42248 created on Update Existing Case |
| 2022-06-22 | 13:05:28 | Katherine Snyder | Ping sent to Justin M. Brown (justbrow@illinois.edu), Stephen Bryan (spbryan@illinois.edu) |
| 2022-06-22 | 13:05:28 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-22 | 13:05:39 | Katherine Snyder | Document #00099452 renamed from Email - Document #00099452 to Email response from Singh: 6/22/2022 |
| 2022-06-22 | 15:48:02 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-22 | 15:49:59 | Stephen Bryan | Case record accessed on Update Existing Case screen |
| 2022-06-24 | 10:19:19 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-06-24 | 10:19:20 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-06-28 | 10:08:56 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-06-28 | 10:10:22 | Alexis Thompson | Summary case record viewed on Find Case screen |
| 2022-06-28 | 10:10:23 | Alexis Thompson | Timeline viewed |
| 2022-06-28 | 10:10:29 | Ann Marie Morgan | Summary case record viewed on Find Case screen |
| 2022-06-28 | 10:10:31 | Ann Marie Morgan | Case record accessed on Update Existing Case screen |
| 2022-06-28 | 10:17:04 | Yulee Kim | Summary case record viewed on Find Case screen |
| 2022-06-28 | 10:17:06 | Yulee Kim | Timeline viewed |
| 2022-07-04 | 06:38:33 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-04 | 06:42:10 | Katherine Snyder | Note #42561 created on Update Existing Case |
| 2022-07-05 | 08:40:23 | Justin M. Brown | Summary case record viewed on Find Case screen |
| 2022-07-05 | 08:46:25 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-07-05 | 10:20:31 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-05 | 10:20:49 | Katherine Snyder | Document #00100196 added via email |
| 2022-07-05 | 10:20:49 | Katherine Snyder | Document #00100197 image001.png added via email |
| 2022-07-07 | 15:18:45 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 15:21:04 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 15:59:43 | Katherine Snyder | Mandatory Meeting with the Student Assistance Center- Message 2 letter saved in progress to Justin M. Brown's folder |
| 2022-07-07 | 16:22:40 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 16:23:18 | Katherine Snyder | Note #42667 created on Update Existing Case |
| 2022-07-07 | 16:39:15 | Justin M. Brown | Summary case record viewed on Find Case screen |
| 2022-07-07 | 16:39:45 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 16:40:41 | Justin M. Brown | Summary case record viewed on Find Case screen |
| 2022-07-07 | 16:40:48 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 20:36:51 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-07-07 | 20:38:26 | Justin M. Brown | Mandatory Meeting with the Student Assistance Center- Message 2 letter saved in progress to Katherine Snyder's folder |
| 2022-07-08 | 08:46:50 | Katherine Snyder | Mandatory Meeting with the Student Assistance Center- Message 2 - CCs distributed via email to justbrow@illinois.edu |
| 2022-07-08 | 08:46:50 | Katherine Snyder | Mandatory Meeting with the Student Assistance Center- Message 2 (Document #00100447) letter sent via email to keeruts2@illinois.edu |
| 2022-07-08 | 08:46:57 | Katherine Snyder | KS Draft letter deleted from in progress folder |
| 2022-07-08 | 08:49:15 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.125. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-08 | 08:49:20 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 44.208.40.152. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-08 | 08:49:40 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 142.91.40.109. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.61 Safari/537.36 |
| 2022-07-08 | 08:51:04 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.125. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-08 | 08:51:07 | | Successful viewing of 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.125. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101 0) Gecko/20100101 Firefox/101.0 |
| 2022-07-08 | 16:10:45 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-08 | 16:11:13 | Katherine Snyder | Document #00100474 added via email |
| 2022-07-08 | 16:11:14 | Katherine Snyder | Document #00100475 Second Response to Snyder.pdf added via email |
| 2022-07-09 | 19:25:00 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.85. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-09 | 19:25:04 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 54.86.91.172. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-09 | 19:25:16 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 89.163.153.121. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/102.0.5005.61 Safari/537.36 |
| 2022-07-09 | 19:26:05 | | Successful viewing of 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.85. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-10 | 20:03:45 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.85. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |

| | | | |
|---|---|---|---|
| 2022-07-10 | 20:03:50 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 34.231.96 27. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-10 | 20:04:00 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 23.82.17.121. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537 36 (KHTML, like Gecko) Chrome/102.0.5005.61 Safari/537.36 |
| 2022-07-10 | 20:24:49 | | Successful viewing of 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.85. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:101.0) Gecko/20100101 Firefox/101.0 |
| 2022-07-12 | 08:30:50 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-12 | 08:41:25 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-07-12 | 08:41:27 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-07-12 | 09:45:01 | Alexis Thompson | Summary case record viewed on Find Case screen |
| 2022-07-12 | 09:45:03 | Alexis Thompson | Timeline viewed |
| 2022-07-12 | 09:45:07 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-07-12 | 09:46:29 | James Carter | Summary case record viewed on Find Case screen |
| 2022-07-12 | 09:46:50 | James Carter | Summary case record viewed on Find Priors screen |
| 2022-07-12 | 09:47:35 | James Carter | Summary case record viewed on Find Case screen |
| 2022-07-12 | 09:47:48 | James Carter | Timeline viewed |
| 2022-07-12 | 09:52:42 | James Carter | Case record accessed on CRF screen |
| 2022-07-28 | 08:40:34 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-07-28 | 08:40:36 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-08-02 | 08:28:39 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-08-02 | 08:28:41 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-08-09 | 09:41:43 | Ann Marie Morgan | Summary case record viewed on Find Case screen |
| 2022-08-09 | 09:41:46 | Alexis Thompson | Summary case record viewed on Find Case screen |
| 2022-08-09 | 09:41:47 | Alexis Thompson | Timeline viewed |
| 2022-08-09 | 09:41:49 | Ann Marie Morgan | Case record accessed on Update Existing Case screen |
| 2022-08-11 | 10:42:01 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-08-16 | 08:53:06 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-08-16 | 08:53:08 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-08-16 | 10:04:10 | Ranya Hasan | Note #43287 created on Update Existing Case |
| 2022-08-23 | 08:29:49 | Justin M. Brown | Summary case record viewed on Find Case screen |
| 2022-08-23 | 08:29:51 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-08-23 | 08:52:06 | Justin M. Brown | Summary case record viewed on Find Case screen |
| 2022-08-23 | 08:52:12 | Justin M. Brown | Case record accessed on Update Existing Case screen |
| 2022-08-25 | 08:57:14 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-08-25 | 08:57:15 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-08-25 | 09:11:18 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-08-25 | 09:13:30 | Katherine Snyder | Document #00102627 added via email |
| 2022-08-25 | 09:13:30 | Katherine Snyder | Document #00102628 image002.png added via email |
| 2022-08-25 | 09:14:01 | Ranya Hasan | Note #43607 created on Update Existing Case |
| 2022-08-30 | 08:39:28 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-08-30 | 08:39:30 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-08-30 | 09:17:04 | Alexis Thompson | Summary case record viewed on Find Case screen |
| 2022-08-30 | 09:17:06 | Alexis Thompson | Timeline viewed |
| 2022-09-06 | 08:49:41 | Ranya Hasan | Summary case record viewed on Find Case screen |
| 2022-09-06 | 08:49:44 | Ranya Hasan | Case record accessed on Update Existing Case screen |
| 2022-09-06 | 09:46:35 | Ranya Hasan | Note #44037 created on Update Existing Case |
| 2022-09-07 | 14:40:51 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-09-12 | 15:35:29 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-09-23 | 15:19:26 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-09-23 | 15:19:35 | Katherine Snyder | Individual task (#16996 - Student schedule appointment?) was deleted on Update Existing Case screen |
| 2022-09-23 | 15:19:36 | Katherine Snyder | Case record accessed on CRF screen |
| 2022-09-23 | 15:20:32 | Katherine Snyder | CRF finalized, marked as resolved |
| 2022-09-23 | 15:20:32 | Katherine Snyder | Database entry updated via CRF. STATUS changed from Open to Closed, DEADLINE changed from 2022-07-04 to (no value set), DEADLINE_REASON changed from Unspecified at case creation to (no value set) |
| 2022-09-23 | 15:20:32 | Katherine Snyder | Ping sent to Justin M. Brown (justbrow@illinois.edu) |
| 2022-10-06 | 11:25:41 | Robert Wilczynski | Summary case record viewed on Find Case screen |
| 2022-10-18 | 16:35:41 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-10-18 | 16:36:04 | Katherine Snyder | Document #00109869 added via email |
| 2022-10-19 | 16:00:24 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-10-19 | 16:02:00 | Katherine Snyder | Document #00110100 added via email |
| 2022-10-19 | 16:09:35 | Stephen Bryan | Summary case record viewed on Find Priors screen |
| 2022-10-19 | 16:09:41 | Stephen Bryan | Summary case record viewed on Find Case screen |
| 2022-10-19 | 16:09:45 | Stephen Bryan | Timeline viewed |
| 2022-10-20 | 00:25:24 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 45.91.23.79. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:25:27 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 52.7.69.96. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:25:29 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 34.230.125.45. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:25:29 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 38.132.97.183. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36 |
| 2022-10-20 | 00:25:41 | | Email link clicked for 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 23.104.98.106. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36 |

| | | | |
|---|---|---|---|
| 2022-10-20 | 00:26:24 | | Successful viewing of 2021616701SACInitialOutreachMandatory.pdf (Document #00099177) from IP address 45.91.23.79. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:28:59 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.79. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:29:02 | | Successful viewing of 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 45.91.23.79. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:29:15 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 52.45.183 243. User agent: Mozilla/5.0 (Macintosh; Intel Mac OS X 10.15; rv:105.0) Gecko/20100101 Firefox/105.0 |
| 2022-10-20 | 00:29:43 | | Email link clicked for 2021616701SACSecondOutreachMandatory.pdf (Document #00100447) from IP address 38.206.3.237. User agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537 36 (KHTML, like Gecko) Chrome/104.0.0.0 Safari/537.36 |
| 2022-10-21 | 16:34:49 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-10-21 | 16:35:07 | Katherine Snyder | Document #00110471 added via email |
| 2022-10-21 | 16:38:25 | Katherine Snyder | Case record accessed on Update Existing Case screen |
| 2022-10-23 | 12:43:48 | Robert Wilczynski | Summary case record viewed on Find Case screen |
| 2022-10-23 | 12:44:26 | Robert Wilczynski | Export produced (PDF only) based on case number |