E-FILED
Monday, 28 November, 2022 04:05:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT B

September 18, 2022

Verity Winship
Associate Dean for Academic Affairs
University of Illinois College of Law
504 East Pennsylvania Avenue
Champaign, IL 61820

Re: Amar Capricious Complaint

Dear Dean Winship,

My name is Keith Singh, and I am filing a capricious complaint under § 3–107 of the Student Code against Vikram Amar for his grading of my work in the "Constitutional Law I" class in spring 2022.[1]

## I. Background & Facts

What do you call a man who teaches the U.S. Constitution and violates the U.S. Constitution simultaneously? This is a story about a little brother who was always in his big brother's shadow. Big brother always did everything first, and big brother always got the praise. Akhil got into Yale Law School first, and little brother was always overlooked. Little brother was left to try and keep up with the standard that big brother set. Little brother got into Yale Law School eventually, but big brother became a professor at Yale Law School at the same time. Everyone at Yale thought that little brother only got in because of his big brother. Everywhere little brother went, all he heard was Akhil, Akhil, Akhil. He was always Akhil's little brother and never quite his own person. After all, when people think of the name "Amar," they think of big brother—not little brother. Little brother became frustrated and wondered to himself: Why do people not think of me? I got into Yale too. Hell, I clerked on the U.S. Supreme Court, and Akhil did not. So little brother proceeded to overcompensate by writing numerous articles on Verdict and various websites in hopes of creating a name for himself.

But finally, in mid-2021, an opportunity presented itself. Law enforcement agents approached with no evidence but an offer: Help us get the bad student in your first-year class, they said, and we will give you the glory. Little brother was ecstatic—at last, an opportunity to make a name for himself. Akhil never did that. Akhil who? Little brother agreed almost immediately. In the months that would follow, little brother, Vermillion, and the rest of the minions at the College of Law would help law enforcement go after that bad student in the first-year class. And with some help from the student body, the whole country would soon learn little brother's name. What a marvelous plan, thought little brother.

There was only one problem—they were all wrong. There was no bad student in the first-year class. The only bad people were the law enforcement agents themselves who were harassing an innocent American citizen and had been doing so for years. Little brother, realizing the error, became very concerned about being sued by the innocent American citizen whose rights he had just violated. He knew that the innocent American citizen was evaluating various legal options. Thus, little brother desperately tried to cling on to his "friends" in law enforcement, hoping that they would give him some insight into the innocent American citizen. Little brother thought about it so much that he would wake up in the middle of the night in a cold sweat, deeply worried about being the subject of a § 1983 action. Little brother asked himself:

---

[1] For the purposes of this complaint, I incorporate the initial points from Wexler's complaint. We have a contract, and the terms are in the Student Code and Handbook. I also incorporate the facts and any references to Amar from that complaint into this one.

Did I just make a big mistake? Did I just betray my values? Did I just betray the very Constitution that I have been studying for 30+ years since I was a kid at Yale? More importantly, what would little brother's family think? Why can't you be more like Akhil, they would say. Akhil never did such a terrible thing. Little brother then looked in the mirror and wondered: Am I a bad person? Is God going to judge me for what I have done? Little brother slumped back into bed, unable to go to sleep. And at that moment, he realized two things: (1) he would have to worry about § 1983 for a long time, and (2) he would never forget the Class of 2024—ever.

The above three paragraphs are the story of Vikram Amar's life; they also represent Amar's mindset. However, for the purposes of this complaint, Amar's psychology is not the issue—his *actions* are the issue. Amar does not care about anyone except himself. That has been clear now for many months. That is why he did not end the unlawful scheme when he had the opportunity to do so a long time ago. That is why he did not give me the best grade in his class, and that is why he is now the ringleader of the circus at his law school. Why give me the best grade when it would undermine the message to the student body?

After learning that I would file capricious complaints, the school went on a smear campaign to suggest that I was complaining unreasonably. It was not that these professors had graded me improperly but rather that I was not good. They took my Civ Pro grade and spread it unlawfully around the school as if that established something.[2] Apparently, one grade in one class justifies capricious grading in other classes. So, because of this, Amar could not give me the best grade in his class because it would undermine that very message to the student body: that it was Keith's fault and not the administration's fault; Keith just did not study hard enough, and now he wants to complain because we gave other students better grades when they studied harder. I deny the allegations. The truth is that the administration is full of it. But Amar does not care as long as it appears that he has the power and control over the situation. This school cares more about inflating its ego than teaching its students the law—what a shame.

## II. Allegations

1. Amar graded me for reasons unrelated to my "performance in the course[,]" and thus, the College of Law breached its contract with me. Student Code § 3–107.[3]

2. Amar held me to more "exacting" and "demanding" standards than the other students, and thus, the College of Law breached its contract with me. *Id.*

3. Amar's grading actions constituted a "substantial departure" from his "previously announced standards" and expectations, and thus, the College of Law breached its contract with me. *Id.*

4. Amar knew my final exam number before he graded my exam, and thus, the College of Law breached its contract with me. Handbook Section I.K.3.

5. Amar deliberately tried to harm my legal education and future legal career; thus, the College of Law breached its contract with me. *See generally* Student Code; Handbook.

6. Amar tried to deprive me of my First Amendment rights; thus, the College of Law breached its contract with me. *See generally* Student Code; Handbook.

---

[2] I still have not seen my Civ Pro scantron, so I cannot confirm anything about that grade. However, I accept that grade as is for the moment based on my conversations with the professor.

[3] The Handbook and Student Code are essentially identical in their definitions of capricious grading and the procedures available to students to remedy the violation. *Compare* Student Code § 3–107 *with* Handbook Section I.K.7.

7. Amar's actions caused me quantifiable harm in lost income and employment opportunities; thus, the College of Law breached its contract with me. *See generally* Student Code; Handbook.

8. Amar is the ringleader of the unlawful scheme, and thus, the College of Law breached its contract with me. *See generally* Student Code; Handbook.

## III. Analysis

The fact that Amar knew my final exam number before grading is enough for a violation alone. *See* Handbook Section I.K.3. However, the Student Code provides that capricious grading is the following:

> (1) the assignment of a grade to a particular student on some basis other than performance in the course; (2) the assignment of a grade to a particular student by using more exacting or demanding standards than were applied to other students registered for the same credit in that course; (3) the assignment of a grade representing a substantial departure from the instructor's previously announced standards.

Student Code § 3–107(a).[4]

The complaint against Amar has little to do with the substance of the course. He violated § 3–107 because the grade ultimately was not about the work.

## IV. Relief

Amar gave me an A-. I want an A or A+. I am not asking the administration to change any grades for any other students, and my relief would not require the administration to do so.

Sincerely,

Keith Singh

---

[4] The Student Code also provides specific guidelines regarding timing. A capricious complaint must be filed "within 30 business days after the start of the fall semester (for a grade assigned the previous spring or summer); or spring semester (for a grade assigned the previous fall or winter)." Student Code § 3–107(c). Here, the fall semester started on August 22, 2022. Therefore, the complaint is timely. *Id.*