E-FILED
Monday, 28 November, 2022 04:05:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT C

**From:** Singh, Keith
**To:** Winship, Verity
**Subject:** Re: Time-sensitive - Next Steps
**Date:** Monday, November 14, 2022 10:03:40 AM
**Attachments:** image001.png

Verity,

Stop threatening me and stop acting you like you are in control over this situation. Because you are not.

You will have my answer as to how we will proceed by the end of the week, if not sooner.

Warm regards,
KS

---

**From:** Winship, Verity <vwinship@illinois.edu>
**Sent:** Monday, November 14, 2022 9:38 AM
**To:** Singh, Keith <keeruts2@illinois.edu>
**Subject:** Time-sensitive - Next Steps

Dear Keith,

We appreciated the opportunity to meet with you and your attorney. Your attorney is welcome to review the records you requested from the Office for Student Conflict Resolution accompanied by you. Campus has made it clear that review must be in person; they do not distribute these records or provide remote review. So that your attorney can review the file, you will need to fill out and provide a FERPA release, which is available at http://www.conflictresolution.illinois.edu/resources/forms-and-guides/docs/release-authorization.pdf. Other than that, the process is the same as when you reviewed the documents. Please contact the Office for Student Conflict Resolution at 217-333-3680 to set up a time to review your records, and to raise any questions you have about their procedures.

As you know, we previously imposed deadlines on making arrangements to meet with the BIT but stopped the clock to give you and your counsel the chance to meet with us. That meeting has taken place and you have had the chance to discuss the matter with your counsel. Accordingly, we must now move forward. We have given you multiple opportunities to meet with BIT as campus and law school regulations require. At this point, we will have to start the disciplinary process if you have not met with BIT by the end of the week (**Nov. 18**).

Sincerely,

Dean Winship

**VERITY WINSHIP**
*Professor & Associate Dean for Academic Affairs*

Bio | CV | Papers

University of Illinois Urbana-Champaign
College of Law
504 East Pennsylvania Avenue
Champaign, IL 61820
(217) 244-8161 | vwinship@illinois.edu

*Under the Illinois Freedom of Information Act any written communication to or from university employees regarding university business is a public record and may be subject to public disclosure.*