E-FILED
Monday, 28 November, 2022 04:05:45 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT D

UNIVERSITY OF ILLINOIS URBANA-CHAMPAIGN

**College of Law**
202 Law Building, MC-594
504 E. Pennsylvania Ave.
Champaign, IL 61820-6909

November 21, 2022

**Via Email**
Keith Singh
keeruts2@illinois.edu

Re: Formal Notice of Possible Disciplinary Violations

Dear Mr. Singh:

In accordance with § 5.02 of the College of Law Honor Code and the University of Illinois Student Code, this letter constitutes a Formal Notice to you of allegations that you have been involved in possible violations of the College's Honor Code and University of Illinois Student Code. A copy of the College's Honor Code is attached. The University's Student Code is available at https://studentcode.illinois.edu/. Both have been provided to you previously.

The allegations are as follows: It is alleged that you failed to comply with the reasonable request to meet with the campus Behavioral Intervention Team (BIT). You have sharp, ongoing and well-documented conflicts with multiple people, including professors and senior administrators, at the law school. After law school administration met with you repeatedly to try to resolve and understand the cause of these conflicts and the far-fetched factual assertions you have made in connection with them, and also received additional information about your interactions with students, in spring 2022 you were referred to the campus Behavioral Intervention Team (BIT) for a required meeting. Subsequent to that referral you reviewed your student file at the Law School and your student file held by the University Office for Student Conflict Resolution, which includes the information underlying the BIT referral. After you reviewed these materials, law school administration officials met via Zoom with you once again (with your counsel present) to explain to you the reasonable basis BIT has for needing to meet with you in order to get to the bottom of your many conflicts and the allegations you assert in them. After this meeting, you were reminded again of your obligation to meet with BIT. Regrettably, you failed to meet with the BIT within the reasonable timeline we prescribed.

As we have told you before, the University considers failure to meet with the BIT to be a violation of § 1-302.g of the University of Illinois Student Code. Provision § 1.01 of the College of Law Honor code specifically provides that law students are subject to that student code as well as the College of Law Honor Code. The Senate Committee on Student Discipline provides further guidance concerning "[f]ailure to comply with BIT-issued or other safety-focused requirements," including a suggested formal sanction of

dismissal. The text of this Senate Committee guidance has been provided to you previously and is available here: http://www.conflictresolution.illinois.edu/resources/forms-and-guides/docs/sanctioning-guidance.pdf.

If these facts laid out above are true, they may constitute violations of §§ 1.01 and 1.08 of the College of Law Honor Code and § 1-302.g of the University of Illinois Student Code. Pursuant to the College's Honor Code, you have the right to reply to these alleged violations. If you wish to make a formal reply, you must advise me of your intent to so by November 29, 2022**.** I will then set a due date for the reply and determine the manner in which it shall be received.

Please note that you are entitled to have an advisor or legal counsel represent you at all times during this process.

Sincerely,

Verity Winship
Associate Dean for Academic Affairs
and Professor of Law

cc: Dean Vikram Amar
Dean of Students Susan Landrum