E-FILED
Monday, 28 November, 2022  04:05:46 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT F

| | |
|---|---|
| **From:** | Singh, Keith |
| **To:** | Amar, Vikram D; Winship, Verity |
| **Cc:** | Schnepper, Brett |
| **Subject:** | Next Steps - Lawsuit (Early Christmas Present) |
| **Date:** | Friday, November 18, 2022 10:42:49 AM |
| **Attachments:** | Official Memorandum Against School .pdf |
| | Official Motion for Prelim. Injunc. Against School.pdf |

Dear University of Illinois,

I have filed a lawsuit against the University and its officials. We have filed a motion for a preliminary injunction and temporary restraining order to prevent the school from moving forward with discipline. This provides my answer as to whether I will be speaking to BIT. We are hoping to have a hearing today on the temporary restraining order if possible. However, regardless of the hearing, it would be wise for the College of Law to cease and desist at this time.

My attorney will be reaching out to the University's Counsel's Office to inform them about a potential hearing. I have copied Brett Schnepper in here. I have also included a copy of the motion and the accompanying memorandum of law. I drafted a significant portion of the memorandum. Not bad for a 2L huh?

I plan on getting my Juris Doctor from the University of Illinois College of Law in May 2024. I am prepared to spend time in federal court to make that happen. I hope that the lawsuit makes that clear. By the way, I am John Doe in the filings (if that was not clear).

Consider the lawsuit as an early Christmas gift. Happy thanksgiving and early holidays everyone!

Warm regards,
Keith Singh
Class of 2024
I got a job at a V100 firm with little to no help from the school