IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | **DECLARATION OF JOHN DOE** |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | 2:22-cv-02252 |
| VIKRAM D. AMAR, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF JOHN DOE**

I, John Doe, Plaintiff in the above titled action, hereby declare the following:

1. Dean Vermillion repeatedly made public and private statements about her "many" friends inside the FBI, including once in front of the entire first-year student body in late 2021. I was concerned about discrimination and law enforcement involvement at the College of Law and University. My statements about law enforcement had a clear basis in fact.

2. During the spring 2022 semester, I had Constitutional Law with Dean Amar. Amar told the class that his brother became a professor at Yale Law School at the same time he was admitted to Yale and that his peers thought that he only got in because of his brother. Amar further expressed that he felt a "stigma" because everyone thought that he did not belong. Amar used the example while he discussed affirmative

1

action in class. I used these statements and repeated them back to him when I wrote my capricious complaint against him. Some of this information is publicly available.

3. At the November 4th meeting, Deans Amar, and Winship explicitly said that I would be dismissed from the University and College of Law if I did not speak to the Behavioral Intervention Team ("BIT") immediately. When I asked them if they would consider a lighter sentence, they said that they would dismiss me and follow the Senate Committee's recommendation of dismissal. They were both very specific and explicit about this point. The pair made it clear that they were going to move fast, suggesting that dismissal was imminent. Defendants further admitted that Dean Vermillion filed the March 2022 report to BIT.

4. In the November 4th meeting, Amar also made statements suggesting that he concedes that there are no threats from any of my communications or statements anywhere in the record.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 1, 2022                           Respectfully submitted,

/s/JOHN DOE

/s/Justin Schwartz
Justin Schwartz
ARDC No. 627328
1723 Devon Ave. # 607882
Chicago, IL 60660
(847) 687-5477
justinschwartzlaw@gmail.com

2