# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BRIEFING ORDER

December 20, 2022

*By the Court:*

| No. 22-3211 | KEERUT SINGH, also known as KEITH SINGH, Plaintiff - Appellant<br><br>v.<br><br>VIKRAM D. AMAR, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-02252-SEM-EIL<br>Central District of Illinois<br>District Judge Sue E. Myerscough ||

This court has received notice from the district court that the appellant paid the required docketing fee. Accordingly,

**IT IS ORDERED** that briefing will now proceed as follows:

1. The Appellant's brief of Keerut Singh will be due by January 19, 2023.
2. The Appellee's brief of Vikram D. Amar, Justin Brown, Susan Landrum, Katherine Snyder, and Verity Winship will be due by February 21, 2023.
3. The Appellant's reply brief of Keerut Singh, if any, will be due by March 13, 2023.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. See Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. See Cir. R. 34(b)(4), (e).