# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

March 22, 2023

*By the Court:*

| No. 22-3211 | KEERUT SINGH, also known as KEITH SINGH, <br> Plaintiff - Appellant <br><br> v. <br><br> VIKRAM D. AMAR, et al., <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 2:22-cv-02252-SEM-EIL <br> Central District of Illinois <br> District Judge Sue E. Myerscough ||

**IT IS ORDERED** that briefing is **SUSPENDED** in this appeal pending further court order.

form name: **c7_Order_BTC**   (form ID: **178**)