UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
-------------------------------------------------------X
**KEERUT SINGH,**

        **Plaintiff,**

  -against-

**VIKRAM D. AMAR,** *et al.,*

        **Defendants.**
-------------------------------------------------------X

Civil Action No: 2:22-cv-02252-SEM-EIL

**JOINT MOTION TO SEAL OR IN THE ALTERNATIVE ALLOWING PLAINTIFF TO PROCEED AS JOHN DOE AND FILE REDACTED DOCUMENTS**

**PLEASE TAKE NOTICE** that Plaintiff and Defendants hereby jointly apply to the Court for an order: (i) sealing the Court Record in its entirety; or, in the alternative (ii) allowing Plaintiff to litigate this matter under the pseudonym "John Doe," and to file redacted copies of exhibits that contain personally identifying information.

**PLEASE TAKE FURTHER NOTICE THAT** Plaintiff shall rely upon the accompanying Memorandum of Law. Plaintiff also submits a proposed form of Order with this Motion.

**Dated:** New York, New York
      April 19, 2023

                              **NESENOFF & MILTENBERG, LLP**
                              *Attorneys for Plaintiff*

                              **By: /s/** *Andrew T. Miltenberg*
                                Andrew T. Miltenberg, Esq.
                                Kristen Mohr, Esq.
                                363 Seventh Avenue, Fifth Floor
                                New York, New York 10001
                                (212) 736-4500
                                amiltenberg@nmllplaw.com
                                kmohr@nmllplaw.com