UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| KEERUT "KEITH" SINGH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>VIKRAM D. AMAR, et al., )<br>)<br>Defendants. ) | 2:22-cv-02252-SEM-EIL<br><br>Hon. Sue E. Myerscough |

**DEFENDANTS' REDACTED EXHIBITS PER COURT ORDER DATED JULY 17, 2023**

On July 17, 2023, this Court entered an Order instructing the parties to refile redacted versions of documents 1-3, 1-6, 1-7, 5-1, 7-1, 7-3., 7-4, and 9-1.  The Court instructed the parties to redact "Plaintiff's personally identifiable information […] and the names, telephone numbers, and other identifiable information of all non-parties," as well as information that is "'highly embarrassing to the average person yet somehow pertinent to this suit.'"  Dkt. # 39.  Defendants, who filed the documents originally labeled as 7-1, 7-3, and 7-4, therefore have attached here those documents with proper redactions labeled as Exhibit 1, Exhibit 2, and Exhibit 3 respectively.

By: /s/ *Michael D. Hayes*
Counsel for Defendants

Michael D. Hayes
Michael.hayes@huschblackwell.com
HUSCH BLACKWELL, LLP
120 S. Riverside Plaza
Suite 2200
Chicago, Illinois 60606
(312) 341-9830

Katherine M. Tierney
Katherine.tierney@huschblackwell.com
HUSCH BLACKWELL, LLP
120 S. Riverside Plaza
Suite 2200
Chicago, Illinois 60606
(312) 526-1568

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Defendants' Redacted Exhibits Per Court Order Dated July 17, 2023** was served on Plaintiff and counsel of record as a result of the CM/ECF filing on July 20, 2023 before the hour of 5:00 pm CST.

/s/ Michael D. Hayes